IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES EDWARD MILES,                )
                                   )
            Plaintiff,             )
                                   )
   v.                              )     1:14CV601
                                   )
PATRICK NODOLSKI, et al.,          )
                                   )
            Defendant(s).          )

**ORDER**

On July 22, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  (Docs. 3 and 4.)  Plaintiff timely filed objections (Doc. 5) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation.  This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of January, 2015.

_____
United States District Judge